■ ROSA GALLO, as Administratrix of the Estate of SAVINO GALLO, Deceased, Appellant, v. CLEMENT BOSCO et al., Defendants, and TINA BOSCO, Respondent.— Motion by appellant for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied, with $10 costs. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ DAVID L. GITTLITZ et al., Appellants, v. ROBERT S. LEWIS, Respondent.— Motion by appellants to dispense with the printing of part of the record and for other relief, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ HECKLER ELECTRIC COMPANY, INC., Respondent, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT NO. 7, TOWN OF NORTH HEMPSTEAD (GREAT NECK), Appellant.— Motion by appellant to extend its time to answer the complaint, pending appeal, granted; time extended until 20 days after entry of the order determining the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Arbitration between AMERICAN HYDROTHERM CORPORATION, Appellant, and THERM-O-WHEEL INCORPORATED, Respondent.— Motion by appellant for a stay of all further arbitration proceedings, pending appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ANONYMOUS.— Pursuant to remand of the Court of Appeals (Matter of Anonymous, 10 N Y 2d 740), the prior order of this court dated August 3, 1959, denying the petitioner's application for admission to practice as an attorney and counselor at law, is vacated. The application is referred to the Committee on Character and Fitness, Second Judicial District, for the purpose of bringing up to date its prior investigations with respect to petitioner, and of rendering a report together with its recommendation. Pending the report and recommendation of the Character Committee, the application will be held in abeyance. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to the Real Property Required for Street Purposes to Oakland Street, in the Borough of Brooklyn. NEWOAK REALTY CO. INC. et al., Respondents-Appellants.— Motion by the City of New York for reargument, granted. On reargument, the decision (13 A D 2d 668) handed down April 3, 1961, is amended as follows: (1) by striking out subdivision (2) of the second unnumbered paragraph, and by substituting therefor this subdivision: "(2) As to Damage Parcels Nos. 33 and 34, by reducing the allowance for direct damage to land from $31,200 to $24,300; by reducing the allowance for consequential damage from $34,300 to $6,700; by reducing the allowance for reconstructing buildings from $25,000 to $18,000; by increasing the allowance for fixtures from $34,000 to $47,000; and by reducing the total allowance from $228,000 to $199,500." and (2) by striking out the last paragraph of the decision, and by substituting therefor this paragraph: " As to Parcels 33 and 34, there is no support in the record for an allowance of more than $31,000 for direct plus consequential damage to land, or for an allowance of more than $18,000 for reconstructing buildings. However, we believe compensation for the tanks in the building referred to in the record as 'F' should have been included in the allowance for fixtures." Beldock, Acting P. J., Ughetta, Kleinfeld and Christ, JJ., concur; Pette, J., dissents and votes to deny reargument and to adhere to the court's original decision.